UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON L. COX, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No.10 CV 563 |
| v. | ) | HONORABLE JUDGE ASPEN |
| | ) | MAGISTRATE JUDGE COLE |
| BLITT AND GAINES, P.C., | ) | <u>NOTICE OF ACCEPTANCE OF</u> |
| | ) | <u>OFFER OF JUDGMENT AND</u> |
| | ) | <u>INTENT TO CLAIM ATTORNEY'S</u> |
| DEFENDANT. | ) | <u>FEE'S AND COSTS PURSUANT</u> |
| | | <u>TO 15 U.S.C. §1692K(a).</u> |

**TO: DEFENDANT BLITT & GAINES, P.C. AND ITS ATTORNEY, BRIAN OLSZEWSKI, 661 GLENN AVENUE WHEELING, ILLINOIS, 60090.**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above-captioned matter, and attached hereto as an Exhibit.

Plaintiff and Plaintiff's undersigned counsel hereby also give Notice of Intent to Claim Attorney's Fees and Costs. Such claim for an award of fees and costs shall be based upon the statutory authority of 15 U.S.C. §1692k(a) and 28 U.S.C. §§ 1920 and 1924, as well as the authority of the Federal Rules of Civil Procedure. The counsel who rendered the legal services upon which the claim is based is as follows:

1. Mario Kris Kasalo, Esq.

2. All other Plaintiff's counsel who participated in or made an appearance in this case, if any.

3. Law clerks and paralegal staff of the above, if any.

Plaintiff proposes that the Court issue a scheduling Order of for the presentation of motions for attorney's fees which allows the parties a minimum of 30 days from the date of this Notice, to

attempt to informally settle this issue of attorney's fees without the necessity of the Court's involvement.

| | |
|---|---|
| Dated: June 7, 2010 | Respectfully submitted, |
| | **MARIO KRIS KASALO, ESQ.**<br>**By: s/ Mario Kris Kasalo**<br>Atty ID#6292190<br>111 East Wacker Dr., #555<br>Chicago, IL 60601<br>Tele 773-847-2600<br>Fax 773-847-0330<br>mkriskasalo@yahoo.com |
| MK/bg | **ATTORNEY FOR PLAINTIFF** |