UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON L. COX | ) |
| | ) |
| Plaintiff, | ) Case No.: 10 CV 563 |
| v. | ) |
| | ) Honorable Judge Aspen |
| BLITT & GAINES, P.C. | ) |
| | ) Magistrate Judge Cole |
| Defendant | ) |

### DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Defendant, Blitt & Gaines, P.C., by and through its counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby serves an offer of judgment on the Plaintiff and states as follows:

1. Blitt & Gaines, P.C., will allow judgment to be entered against it and in favor of the Plaintiff, Sharon L. Cox, as to Count I of Plaintiff's complaint, in the sum of $1,001.00, plus court costs together with reasonable attorney fees incurred as of the date of acceptance of this offer.

2. This offer of judgment will operate as a full and final resolution of any and all claims in Count I of Plaintiff's Complaint against Blitt & Gaines, P.C. and all individuals and entities that could be held vicariously liable for the Defendant's alleged acts and omissions. Said judgment shall have no effect whatsoever except in settlement of those claims.

3. The acceptance of this offer of judgment will not in any way prevent Plaintiff from recovering statutory damages under Count II of Plaintiff's complaint.

4. The parties will endeavor to resolve the amount of attorney fees by agreement.

5. If the parties cannot agree as to the amount of attorney fees, Plaintiff will file a petition with the Court for a determination as to the amount of attorney fees.

6. The provisions under which this offer can be accepted and/or is deemed terminated are set forth in Rule 68, Federal Rules of Civil Procedure.

Respectfully submitted,

By: _____
Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900 (Phone)
(312)920-0625 (Fax)
brian.olszewski@BlittandGaines.com

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on May 24, 2010, I served a copy of the foregoing Defendant's Rule 68 Offer of Judgment upon the following parties via Email and U.S Mail from 661 Glenn Avenue, Wheeling, IL 60090:

Mario Kris Kasalo
The Law Offices of Mario Kris Kasalo
3025 W. 26th St., Fl. 2
Chicago, IL 60623
mkriskasalo@yahoo.com

By: _____
       Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900
brian.olszewski@BlittandGaines.com

3